**FILED**

APR 07 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **GLORIA E. HERNANDEZ, Pro Se Taxpayer and Others Similarly Situated**<br><br>**Plaintiffs**<br><br>v.<br><br>**HERIBERTO MORALES, State Representative; RAMSEY ENGLISH-CANTU, County Judge; ROBERTO RUIZ, County Commissioner; OLGA RAMOS, County Commissioner; ROSSANA RIOS, County Commissioner; RUBEN GARIBAY, Border-Crossing Trucking Businesses; JAIME IRACHETA, County Attorney**<br><br>**Defendants** | Civil Action No.<br><br>**DR 25 CV 0024** |

## PLAINTIFFS' ORIGINAL PETITION & APPLICATION FOR EMERGENCY RESTRAINING ORDER UNDER TITLE 31

COMES NOW, **Gloria E. Hernandez Pro Se Taxpayer** And **Others Similarly Situated** (also referred to as "Hernandez" and/or "Plaintiff" and/or "Plaintiffs" hereinafter) and file this *Original Petition And Application For Emergency Restraining Order* against **Heriberto Morales, State Representative and the other named Defendants** (also referred to as "Defendant" and/or "Defendants" hereinafter), and alleges as follows:

### DISCOVERY-CONTROL PLAN

Plaintiff intends to conduct discovery under level 3 of the Texas Rule of Civil Procedure {190.3/190.4} and affirmatively pleads that this suit is not governed by the expedited actions process in Texas Rule of Civil Procedure 169; Plaintiff seeks injunctive relief. Plaintiff requests

that Discovery be conducted according to a level 3 discovery-control plan tailored to the circumstances of the suit, as authorized by Texas Rule of Civil Procedure 190.4.

## DEFENDANTS

Plaintiff seeks immediate injunction to enjoin Defendants from misrepresenting (through affidavits containing false information) to State and Federal authorities asserting that he/they have authority to convey interest and Property that belongs to the local government and as public assets, they belong to the Plaintiff Taxpayers in Maverick County. Plaintiffs seek to be reimbursed for all Court costs and reasonable and necessary attorney's fees.

1. The Maverick County members of Commissioners' Court have illegally granted authority to Defendant Garibay to have authority, rights, and powers as a governmental entity including the right of ownership to County assets and right to levy taxes for his own benefit. They violated the Constitutional protections to be informed and take part in the process by failing to give proper notice, conduct input from the Taxpayers and other. They can be served with process at 500 Quarry St., Eagle Pass, Texas. Request is hereby made that Service and Citation be issued.

2. Defendant Morales has been filing bills to pave the way for enabling State Statutes based on those illegal attempted transfers of Taxpayers' rights/assets under which Garibay is able to achieve his goals of creating a District significantly impacting the Maverick County Taxpayers. He can be served at 401 Quarry St., Eagle Pass, Texas 78852.

3. Defendant Iracheta was involved in the approval of Commissioners' Court's illicit approvals without giving the public proper notices and without required processes

and failed to protect the County's best interests. He may be served with process at 680 Quarry St., Eagle Pass, Texas 78852.

4. Garibay has contributed heavily in local officials' political campaigns at all local levels and the proportions of those campaign contributions, in the best light, are questionable. He may be served at 500 Quarry St., Eagle Pass, Texas 78852

## REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER

Plaintiff requests that State Representative Heriberto Morales be immediately restrained from moving forward with the bills he has filed to advance all the projects that benefit Garibay at the expense of Maverick County and taxpayers' public interests and that the status quo be maintained until such time this case is reviewed and heard. Plaintiffs will suffer irreparable harm unless status quo is maintained.

Plaintiffs request relief as they entitled at law and in equity. Plaintiffs request general relief.

Respectfully submitted,

*Gloria E. Hernandez*
Gloria E. Hernandez
TBN: 00783741
1242 Royal Haven Dr.
475 Quarry St.,
Eagle Pass, Texas 78852
(830) 352-3793
gehatty@gmail.com
Pro Se Taxpayer